IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-30073 |
| | ) | |
| PAUL KINCAID, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

Defendant Paul Kincaid's Motion to Allow Psychiatric Evaluation–Access to Sangamon County Jail (d/e 14) is ALLOWED. The Defendant's psychiatrist, Dr. Robert E. Chapman, is authorized to conduct a psychiatric evaluation of Defendant Kincaid in the Sangamon County, Illinois, jail. The U.S. Marshal's Office is directed take all steps necessary to facilitate this evaluation. Dr. Chapman and counsel for Defendant Kincaid are directed to cooperate with the Marshal's Office and the Sangamon County Sheriff's Office in complying with any requirements to maintain safety and security at the jail.

IT IS THEREFORE SO ORDERED.

ENTER:  December 19 , 2006.

    FOR THE COURT:

                                                   s/Jeanne E. Scott
                                                 JEANNE E. SCOTT
                                       UNITED STATE DISTRICT JUDGE